UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROL E. GARRELTS,<br><br>       Plaintiff,<br><br>vs.<br><br>AMCO INSURANCE COMPANY,<br>a Nationwide company,<br><br>       Defendants. | Case No. 3:10-cv-00435-LRH-VPC<br><br>STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Carol E. Garrelts, by her counsel, Mark Wray, and Defendant AMCO Insurance Company, by its counsel, Christine Emanuelson, of Hines Smith Carder Dincel Bland, that this action be dismissed, with prejudice, with each party to bear its own fees and costs.

DATED: 7-30-10          LAW OFFICES OF MARK WRAY

                                       By: /s/ Mark Wray
                                            MARK WRAY
                                            Attorney for Plaintff
                                            CAROL E. GARRELTS

DATED: 7-30-10

HINES SMITH CARDER DINCEL BLAND

By: _____
~~MARC HINES~~ Christine Emanuel(?)
5940 South Rainbow Boulevard, #C10143
Las Vegas, Nevada 89118
Attorney for Defendant
AMCO Insurance Company

**ORDER**

The parties having stipulated:

IT IS HEREBY ORDERED that this action be dismissed, with prejudice, with each party to bear its own fees and costs.

DATED this 3rd day of August, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE